No. 92–1654.  LEAF *v.* SUPREME COURT OF WISCONSIN ET AL. C. A. 7th Cir.  Certiorari denied.

No. 92–1686.  CAMPOS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–1707.  HICKS ET AL. *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–5025.  BERNIER, AKA WATSON *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 92–5344.  FULLER *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–5690.  HAYHOW *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–5786.  ROULETTE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 92–5988.  ANDERSON *v.* WISCONSIN DEPARTMENT OF REVENUE.  Sup. Ct. Wis.  Certiorari denied.

No. 92–6276.  PIERETTI *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–6832.  FRYER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 92–7021.  ODLE *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–7660.  KIRKLAND *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–7770.  JACKSON *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–7793.  RAMEY *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–7828.  BANKS *v.* GREEN ET AL.  Ct. App. Ga.  Certiorari denied.

No. 92–7831.  SMITH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.